# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT THIBODEAUX

NO. 2023 KW 0263

**MAY 25, 2023**

---

In Re:   Wilbert Thibodeaux, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 13-190149.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT